STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
LORETTA A. SHEEHAN
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 8 2000

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>BENITO MUNIZ-REYNA, )<br><br>Defendant. ) | CR. NO. CR00-00222<br><br>INFORMATION          DAE -FIY<br><br>[21 U.S.C. § 841(a)(1)] |

INFORMATION

COUNT 1

    The United States Attorney for the District of Hawaii

charges that:

    On or about May 4, 2000, within the District of Hawaii,

BENITO MUNIZ-REYNA, defendant herein, did knowingly and

intentionally possess with intent to distribute approximately

one-half ounce of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _____May 18_____, 2000, at Honolulu, Hawaii.

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney

United States vs. Benito Muniz-Reyna
"Information"
Cr. No.

2